IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KARL MITCHELL,

      Plaintiff,

v.

GREGORY DOZIER; and GEORGIA
CORRECTIONAL HEALTHCARE,

      Defendants.

CIVIL ACTION NO.: 6:17-cv-26

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice** for his failure to follow this Court's Orders and failure to prosecute, **DISMISSES as moot** Plaintiff's Motion for Temporary Restraining Order and Motion for Prisoner Release, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 31st day of August, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA